IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vivian Fiori, et al., | NO. C 09-01518 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Dell, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on August 31, 2009. The parties timely filed a Joint Case Management Statement. (See Docket Item No. 53.) The Court notes that Defendants' Motion to Dismiss is pending and set for hearing on **September 21, 2009 at 9 a.m.** (See Docket Item No. 35.) The Court finds good cause to continue the Case Management Conference to coincide with the September 21, 2009 hearing.

Accordingly, the Court continues the Case Management Conference from August 31, 2009 to **September 21, 2009 at 10 a.m.** The parties need not file an additional Joint Case Management Statement prior to the Conference unless there are any significant developments in the case, in which event the parties shall file a Joint Case Management Statement notifying the Court of those developments on or before **September 11, 2009**.

Dated: August 26, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Russell Strange jhood@strangeandcarpenter.com
Christopher Augustine Rakow augie.rakow@alston.com
Gretchen Arlene Carpenter gcarpenter@strangeandcarpenter.com
Paul Schlaud pschlaud@reevesbrightwell.com
Sean P DeBruine sean.debruine@alston.com

**Dated:  August 26, 2009**                                       **Richard W. Wieking, Clerk**

                                                                  **By:      /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**