Sean P. DeBruine (SBN 168071)
C. Augustine Rakow (SBN 254595)
**ALSTON & BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Ste 400
Palo Alto, CA  94306-2112
Phone:  (650) 838-2000
Fax:   (650) 838-2001
sean.debruine@alston.com
augie.rakow@alston.com

Kristine M. Brown (applying *pro hac vice*)
Matthew D. Richardson (applying *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
kristy.brown@alston.com
matt.richardson@alston.com

Paul Schlaud (applying *pro hac vice*)
Sinead O'Carroll (applying *pro hac vice*)
**REEVES & BRIGHTWELL**
221 West Sixth Street, Ste 1000
Austin, TX 78701-3410
Phone: 512.334.4504
Fax: 512.334.4492
pschlaud@reevesbrightwell.com
socarroll@reevesbrightwell.com

Attorneys for Defendants
DELL, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIVIAN FIORI, and ROGGIE TRUJILLO,<br><br>           Plaintiffs,<br><br>v.<br><br>DELL INC., et al.,<br><br>           Defendants. | Case No. 5:09-CV-01518 JW<br><br>**STIPULATION AND [PROPOSED] ORDER** FINDING AS MOOT DEFENDANTS REQUEST FOR EXTENSION OF TIME TO FILE REPLY BREIFS IN SUPPORT OF MOTIONS TO DISMISS |

1   Pursuant to Civ. L. R. 6-2 the parties, by their undersigned counsel, hereby stipulate, subject to
2   court approval, that Defendants may file and serve their Reply briefs in support of their Motions to
3   Dismiss on September 8, 2009 and in support of this stipulation state as follows:  The hearing on
4   Defendants' Motions to Dismiss is currently set on September 21, 2009.  Under the Court's Civil Local
5   Rules Defendants' Reply brief in support of that motion would normally be due September 7, 2009,
6   which is 14 days before the hearing.  However, September 7 is the Labor Day holiday. The parties
7   therefore agree, subject to the Court's approval, that Defendants' Reply may be filed on September 8,
8   2009.  The Court order rescheduling the hearing on the Motion to Dismiss from September 14, 2009 to
9   September 21, 2009 is the only previous modification of time in this case, and this modification will
10  have no effect on the schedule in this matter, which has not yet been adopted.

Respectfully Submitted,

Dated:  September  3, 2009                ALSTON + BIRD LLP

By:   */s/ Sean P. DeBruine*
         Sean P. DeBruine

Attorneys for Defendants
DELL, INC. et al.


Dated:  September  3, 2009                STRANGE & CARPENTER


By:   */s/ Gretchen Carpenter*
         Gretchen Carpenter

Attorneys for Plaintiffs
VIVIAN FIORI, and ROGGIE TRUJILLO


PURSUANT TO STIPULATION IT IS SO ORDERED:

The Court finds the stipulation is MOOT.  The reply briefs were filed as stipulated by the parties on September 8, 2009

Dated:  September 21, 2009                _____
                                                             Hon. James Ware
                                                             U.S. District Court Judge

1 **FILER'S ATTESTATION**

2       Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P.

3 DeBruine, attest that concurrence in the filing of this document has been obtained from Gretchen

4 Carpenter.

5

6                                               */s/ Sean P. DeBruine*

7                                               Sean P. DeBruine

8

9

10

11 #31493990

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28