Sean P. DeBruine (SBN 168071)
C. Augustine Rakow (SBN 254595)
**ALSTON & BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Ste 400
Palo Alto, CA 94306-2112
Phone: (650) 838-2000
Fax: (650) 838-2001
sean.debruine@alston.com
augie.rakow@alston.com

Kristine M. Brown (*pro hac vice*)
Matthew D. Richardson (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
kristy.brown@alston.com
matt.richardson@alston.com

Paul Schlaud (*pro hac vice*)
Matthew H. Fredrick (*pro hac vice*)
**REEVES & BRIGHTWELL**
221 West Sixth Street, Ste 1000
Austin, TX 78701-3410
Phone: 512.334.4504
Fax: 512.334.4492
pschlaud@reevesbrightwell.com
socarroll@reevesbrightwell.com

Attorneys for Defendants
DELL, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIVIAN FIORI, and ROGGIE TRUJILLO, <br><br> Plaintiffs, <br><br> v. <br><br> DELL INC., et al., <br><br> Defendants. | Case No. 5:09-CV-01518 JW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE FROM NOVEMBER 16, 2009 TO NOVEMBER 23, 2009.** |

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE FROM NOVEMBER 16, 2009 TO NOVEMBER 23, 2009.

1

Case No. 5:09-CV-01518 JW

Pursuant to Civ. L. R. 6-2 the parties, by their undersigned counsel, hereby stipulate and request that the Court Order that the Further Case Management Conference currently scheduled for November 16, 2009 at 10:00 a.m. be continued until November 23, 2009 at 10:00 a.m. and that a Joint Case Management Statement be filed on November 13, 2009.  In its October 15, 2009 Order Granting Dell's Motion to Dismiss with Leave to Amend and Denying Qualxserv's Motion to Dismiss [Dkt. No. 68] the Court scheduled a Further Case Management conference for November 16, 2009, with a Joint Case Management Conference Statement due on November 6, 2009.  Dell's lead counsel has a previously-scheduled court appearance in another case that conflicts with the conference on November 16, and has therefore requested that the conference be continued to November 23, 2009.  Plaintiff has agreed, subject to court approval.  The parties therefore agree the Further Case Management Conference should be continued until November 23, 2009, if convenient for the Court, and to file their Joint Case Management Conference Statement on or before November 13, 2009.

Respectfully Submitted,

Dated:  November 4, 2009                ALSTON + BIRD LLP


By:   */s/ Sean P. DeBruine*
           Sean P. DeBruine

Attorneys for Defendants
DELL, INC. et al.

Dated:  November 4, 2009                STRANGE & CARPENTER


By:   */s/ Gretchen Carpenter*
           Gretchen Carpenter

Attorneys for Plaintiffs
VIVIAN FIORI and ROGGIE TRUJILLO

STIPULATION AND [PROPOSED] ORDER CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE FROM
NOVEMBER 16, 2009 TO NOVEMBER 23, 2009.

2

Case No. 5:09-CV-01518 JW

1  PURSUANT TO STIPULATION IT IS SO ORDERED:

2

3

4  Dated: November 12, 2009                  _____
                                              Hon. James Ware
5                                             U.S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING         3
FURTHER CASE MANAGEMENT CONFERENCE FROM
NOVEMBER 16, 2009 TO NOVEMBER 23, 2009.                         Case No. 5:09-CV-01518 JW

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P. DeBruine, attest that concurrence in the filing of this document has been obtained from Gretchen Carpenter.

                                                /s/ Sean P. DeBruine
                                                Sean P. DeBruine

#31493990

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE FROM NOVEMBER 16, 2009 TO NOVEMBER 23, 2009.

4

Case No. 5:09-CV-01518 JW