1  BRIAN R. STRANGE (SBN 103252)
   lacounsel@earthlink.net
2  GRETCHEN CARPENTER (SBN 180525)
   gcarpenter@strangeandcarpenter.com
3  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
4  Los Angeles, CA 90025
   Telephone:   310-207-5055
5  Fax:         310-826-3210

6  RANDALL S. ROTHSCHILD (SBN 101301)
   randy.rothschild@verizon.net
7  RANDALL S. ROTHSCHILD, A P.C.
   12100 Wilshire Blvd., Suite 800
8  Los Angeles, CA 90025
   Telephone:   310-806-9245
9  Fax:         310-988-2723

10 Attorneys for Plaintiffs Vivian Fiori and Roggie Trujillo

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIVIAN FIORI ARIZA and ROGGIE TRUJILLO, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DELL INC., a corporation; BANCTEC, INC., a corporation; QUALXSERV LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL MARKETING L.P., LLC, an entity; DELL MARKETING G.P., LLC, an entity; DELL USA, L.P., an entity; and DOES 1 Through 10,<br><br>  Defendants. | **Case No. C09 01518 JW**<br><br>**PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**CLASS ACTION**<br><br>Date: April 26, 2010<br>Time: 9:00 a.m.<br>Ctrm.: 8<br><br>Assigned to the Honorable James Ware<br><br>Action filed on April 7, 2009 |

**MANUAL FILING NOTIFICATION**

Regarding: PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION - FILED ON 2/11/10

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing was served in hard-copy on February 11, 2010.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal; Filed on 2/11/10

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other

DATED: February 23, 2010                    Respectfully Submitted,

                                            STRANGE & CARPENTER
                                     By:    _____/s/_____
                                            Gretchen Carpenter
                                            Attorneys for Plaintiffs

---

1

Case No. C09 01518 JW – Plaintiffs' Index of Exhibits in Support of Motion for Class Cert.