1   BRIAN R. STRANGE (SBN 103252)
    *lacounsel@earthlink.net*
2   GRETCHEN CARPENTER (SBN 180525)
    *gcarpenter@strangeandcarpenter.com*
3   STRANGE & CARPENTER
    12100 Wilshire Blvd., Suite 1900
4   Los Angeles, CA 90025
    Telephone:    310-207-5055
5   Fax:          310-826-3210

6   RANDALL S. ROTHSCHILD (SBN 101301)
    *randy.rothschild@verizon.net*
7   RANDALL S. ROTHSCHILD, A P.C.
    12100 Wilshire Blvd., Suite 800
8   Los Angeles, CA 90025
    Telephone:    310-806-9245
9   Fax:          310-988-2723

10  Attorneys for Plaintiffs Vivian Fiori Ariza and Roggie Trujillo

11  **UNITED STATES DISTRICT COURT**

12  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13  **SAN JOSE DIVISION**

| | |
|---|---|
| 14  VIVIAN FIORI ARIZA and ROGGIE TRUJILLO, on behalf of themselves and all others similarly situated, | **Case No. C09 01518 JW** |
| 15 | |
| | **STIPULATED REQUEST AND ORDER SHORTENING TIME AND ACCELERATING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PROTECTIVE ORDER FORBIDDING DEPOSITION OF THIRD PARTY IVAN ARIZA** |
| 16            Plaintiffs, | |
| 17            vs. | |
| 18  DELL INC., a corporation; BANCTEC, INC., a corporation; WORLDWIDE | |
| 19  TECHSERVICES, LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL | **CLASS ACTION** |
| 20  PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL | Current Date:  April 20, 2010 Current Time: 10:00 a.m. |
| 21  MARKETING L.P., LLC, an entity; DELL MARKETING G.P., LLC, an entity; DELL | |
| 22  USA, L.P., an entity; and DOES 1 Through 10, | Proposed Date:  March 23, 2010 Proposed Time: 10:00 a.m. |
| 23 | Ctrm.: 5 |
| 24            Defendants. | |
| 25 | Assigned to Magistrate Judge Patricia V. Trumball for Discovery Purposes |
| 26 | Action filed on April 7, 2009 |

27

28          Pursuant to Civ. L.R. 6-2, the parties, by their undersigned counsel, hereby stipulate,

i

1  subject to court approval, that the briefing and hearing schedule with respect to Plaintiffs'

2  Motion for Protective Order Forbidding Deposition of Third Party Ivan Ariza ("Motion for

3  Protective Order") be accelerated, and in support of this stipulation state as follows: On March 4,

4  2010, the Dell Defendants issued a subpoena to third party Ivan Ariza, noticing his deposition for

5  March 19, 2010 in northern Virginia.  Plaintiffs have filed the Motion for Protective Order

6  concurrently herewith on the grounds that Mr. Ariza is a former employee of Plaintiffs' counsel,

7  and as such, there are no nonprivileged, relevant areas of inquiry for his deposition.  If Plaintiffs

8  are entitled to a protective order forbidding the deposition of Mr. Ariza, the Motion must be

9  heard and granted prior to the deposition in order to excuse Mr. Ariza's appearance.  In order to

10  allow the parties an adequate opportunity to brief whether Mr. Ariza's deposition should go

11  forward, the Dell Defendants have agreed to continue Mr. Ariza's deposition date to March 26,

12  2010.  The parties therefore agree, subject to the Court's approval, that the Motion for Protective

13  Order will be heard on March 23, 2010, and the briefing schedule for the Motion for Protective

14  Order will be accelerated as follows:

15       March 10, 2010:     Filing Date for Plaintiffs' Motion for Protective Order

16       March 16, 2010:     Filing Date for Dell Defendants' Opposition to Motion for

17       Protective Order

18       March 19, 2010:     Filing Date for Plaintiffs' Reply in Support of Motion for

19       Protective Order

20  DATED: March 10, 2010     Respectfully Submitted,
         STRANGE & CARPENTER

21

22       By:     _____/s/_____
         Gretchen Carpenter

23       Attorneys for Plaintiffs

24
    DATED: March 10, 2010     Respectfully Submitted,

25       REEVES & BRIGHTWELL, LLP

26       By:     _____/s/_____
         Matt Frederick

27       Attorneys for Dell Defendants

28

Case No. C09 01518 JW – Stipulated Request and [Proposed] Order Accelerating Briefing
Schedule for Plaintiffs' Motion for Protective Order

1  PURSUANT TO STIPULATION THE ABOVE-REFERENCED ACCELERATED BRIEFING
2  SCHEDULE IS SO ORDERED:

3
   DATED: March __12__ , 2010                    _____
4                                                 Hon. Patricia V. Trumball
                                                  United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               2