*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
4/13/2010

| | |
|---|---|
| 1 | BRIAN R. STRANGE (SBN 103252)<br>lacounsel@earthlink.net |
| 2 | GRETCHEN CARPENTER (SBN 180525)<br>gcarpenter@strangeandcarpenter.com |
| 3 | STRANGE & CARPENTER<br>12100 Wilshire Blvd., Suite 1900 |
| 4 | Los Angeles, CA 90025 |
| 5 | Telephone: 310-207-5055<br>Fax: 310-826-3210 |
| 6 | RANDALL S. ROTHSCHILD (SBN 101301)<br>randy.rothschild@verizon.net |
| 7 | RANDALL S. ROTHSCHILD, A P.C. |
| 8 | 12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025 |
| 9 | Telephone: 310-806-9245<br>Fax: 310-988-2723 |
| 10 | Attorneys for Plaintiffs Vivian Fiori Ariza and Roggie Trujillo |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIVIAN FIORI ARIZA and ROGGIE TRUJILLO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELL INC., a corporation; BANCTEC, INC., a corporation; WORLDWIDE TECHSERVICES, LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL MARKETING L.P., LLC, an entity; DELL MARKETING G.P., LLC, an entity; DELL USA, L.P., an entity; and DOES 1 Through 10,<br><br>Defendants. | **Case No. C09 01518 JW**<br><br>**STIPULATION TO STAY CASE; [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>Assigned to the Honorable James Ware, Courtroom 8<br><br>Action filed on April 7, 2009 |

1  WHEREAS, the parties have recently agreed to participate in mediation in order to
2  discuss the possibility of settlement;
3  WHEREAS, the parties anticipate that it will take some time to agree on a mediator and
4  make necessary arrangements and preparations for mediation;
5  WHEREAS, Plaintiffs have filed a motion for class certification, which is currently set
6  for hearing on June 21, 2010;
7  WHEREAS, under the current schedule, Defendants' oppositions to Plaintiffs' motion for
8  class certification are due by May 28, 2010, and Plaintiffs' replies are due by June 7, 2010;
9  WHEREAS, this Court has also set a hearing on Defendants' anticipated motions for
10 summary judgment on the same day, June 21, 2010;
11 WHEREAS, under the current schedule, Defendants' motions for summary judgment are
12 due by May 17, 2010; Plaintiffs' oppositions are due by May 28, 2010; and Defendants' replies
13 are due by June 7, 2010;
14 WHEREAS, the parties are diligently litigating this case, including conducting substantial
15 discovery, in anticipation of briefing and hearing of these two motions; and
16 WHEREAS, in order to conserve the resources of the Court and the parties while the
17 parties discuss the possibility of settlement, the parties request that the June 21, 2010 hearing
18 date on Plaintiffs' motion for class certification and Defendants' anticipated motions for
19 summary judgment be vacated (to be rescheduled at a later date, if necessary) and that this case
20 be stayed for a period of 60 days, at which time the parties will update the Court on the status of
21 settlement discussions and request a further stay, if appropriate.
22 THEREFORE, the parties hereby stipulate, subject to Court approval, that the June 21,
23 2010 hearing date on Plaintiffs' motion for class certification and Defendants' anticipated
24 motions for summary judgment be vacated (to be rescheduled at a later date, if necessary) and
25 ///
26 ///
27 ///
28 ///

that this case be stayed for a period of 60 days, at which time the parties will update the Court on the status of settlement discussions and request a further stay, if appropriate.

DATED: April ___, 2010

Respectfully Submitted,
STRANGE & CARPENTER

By:      /s/
Brian R. Strange
Gretchen Carpenter
Attorneys for Plaintiffs

DATED: April ___, 2010

REEVES & BRIGHTWELL, LLP

By:      /s/
Paul Schlaud
Attorneys for Dell Defendants

DATED: April ___, 2010

ROBERTS RASPE & BLANTON, LLP

By:      /s/
Michael Blanton
Attorneys for Defendants Banctec, Inc. and Worldwide Techservices, LLC,

**IT IS SO ORDERED AS MODIFIED:**

The hearing on the current class certification motions are vacated and terminated from the docket (Docket Item Nos. 102, 103, 113, 114). Plaintiffs may renotice its motions after the 60 day stay for any available fall date on the Court's calendar.

Dated: April 13, 2010

_____
United States District Judge

By:      /s/
Gretchen Carpenter

3
Case No. C09 01518 JW – Stipulation to Stay Case; [Proposed] Order

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is:

12100 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025

On April 12, 2010, I served the forgoing document, described as:

**STIPULATION TO STAY CASE; [PROPOSED] ORDER**

on the interested parties in this action:   **[ X ] ECF** or  [  ] by placing
[  ] the original  [  ] a true copy thereof to in an envelope addressed only as follows:

Sean P. DeBruine, Esq.
C. Augustine Rakow, Esq.
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: 650-838-2000
Fax: 650-838-2001
sean.debruine@alston.com
augie.rakow@alston.com

Kristine M. Brown, Esq.
Matthew D. Richardson, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Tel: 404-881-7000
Fax: 404-881-7777
kristy.brown@alston.com
matt.richardson@alston.com

Paul W. Schlaud, Esq.
Matthew Frederick, Esq.
REEVES & BRIGHTWELL LLP
221 West 6th Street, Suite 1000
Austin, TX 78701-3410
Tel: 512-334-4504
Fax: 512-334-4492
pschlaud@reevesbrightwell.com
mfrederick@reevesbrightwell.com

*Counsel for Defendants Dell Inc.; Dell Catalog Sales, L.P.; Dell Products, L.P.; Dell Marketing L.P.; Dell Marketing L.P., LLC; Dell Marketing G.P., LLC; and Dell USA, L.P.;*

Michael Blanton, Esq.
Roberts Raspe & Blanton, LLP
445 S. Figueroa, Suite 3200
Los Angeles, California 90071
mblanton@rrbllp.com

*Counsel for Defendants BancTec, Inc. and QualxServ LLC*

1  Randall S. Rothschild, Esq.
   *randy.rothschild@verizon.net*
2  12100 Wilshire Blvd., Suite 800
   Los Angeles, CA 90025
3  Tel:  310-806-9245
   Fax:  310-988-2723
4
   *Co-Counsel for Plaintiffs*
5
   **[ X ]   VIA ECF**
6
   [ ]   VIA U.S. FIRST CLASS MAIL
7
   [ ]  I deposited such an envelope in the mail at Los Angeles, California.  The envelope was
8  mailed with postage thereon fully prepaid.

9  [ X ]  As follows:  I am ?readily familiar" with the firm's practice of collection and processing
   correspondence for mailing.  Under that practice it would be deposited with U.S. postal service
10 on that same day with postage thereon fully prepaid at Los Angeles, California.  I am aware that
   on motion of party served, service is presumed invalid if postal cancellation date or postage
11 meter date is more than one day after date of deposit for mailing in affidavit.

12 **[ ]  BY PERSONAL SERVICE**

13      I delivered such envelope by hand to the addressee.
        Executed on April 12, 2010, at Los Angeles, California.
14
   **[ X ]   (Federal)**        I declare that I am employed in the office of a member of the bar of this
15                              court at whose direction the service was made.

16
                                        _____
17                                              Carlo Aguilar

- 2 -