1  Sean P. DeBruine (SBN 168071)
   ALSTON & BIRD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Ste 400
3  Palo Alto, CA  94306-2112
   Phone:  (650) 838-2000
4  Fax:   (650) 838-2001
   sean.debruine@alston.com
5
   Kristine M. Brown (Georgia SBN 480189)
6  Matthew D. Richardson (Georgia SBN 231474)
   ALSTON & BIRD LLP
7  One Atlantic Center
   1201 West Peachtree Street
8  Atlanta, GA 30309-3424
   Phone: 404-881-7000
9  Fax: 404-881-7777
   kristy.brown@alston.com
10 matt.richardson@alston.com

11 Paul Schlaud (Texas SBN 24013469)
   Matthew H. Frederick (Texas SBN 24040931)
12 Reeves & Brightwell
   221 West Sixth Street, Ste 1000
13 Austin, TX 78701-3410
   Phone: 512.334.4504
14 Fax: 512.334.4492
   pschlaud@reevesbrightwell.com
15 mfrederick@reevesbrightwell.com

16

17                     UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                            SAN JOSE DIVISION

20 | VIVIAN FIORI ARIZA, and ROGGIE | Case No.  09 CV 01518 JW
   | TRUJILLO,
21 |                                | **STIPULATION TO EXTEND STAY OF**
   |                 Plaintiffs,    | **CASE; [PROPOSED] ORDER**
22 |
   | v.                             | **CLASS ACTION**
23 |
   | DELL INC., et al.,             | Assigned to the Honorable Judge James Ware,
24 |                                | Courtroom 8
   |                 Defendants.    |
25 |                                | Action filed April 7, 2009

26

27

28

STIPULATION TO EXTEND STAY OF CASE
Case No. 09-CV-01518JW

WHEREAS, in their Stipulation to Stay Case, filed April 12, 2010, the parties requested that the Court vacate all pending briefing deadlines and hearing dates and stay this case for 60 days to facilitate mediation;

WHEREAS, the parties stipulated that after 60 days, they would update the Court on the status of settlement discussions and request a further stay, if appropriate;

WHEREAS, in an Order entered April 13, 2010, the Court approved the parties' Stipulation subject to the modification that the hearing on Plaintiffs' class certification motions be vacated and terminated from the docket and that Plaintiffs have the ability to renotice their motions after expiration of the 60-day stay;

WHEREAS, the parties have agreed to a confidential mediation conducted by Antonio Piazza in San Francisco, California on July 12, 2010;

WHEREAS, in order to conserve the resources of the Court and the parties while the parties continue to work toward mediation and possible settlement, the parties request that the stay of this case be extended for a period of 33 days, until July 15, 2010, at which time the parties will advise the Court of the status of settlement discussions and request a further stay, if appropriate.

THEREFORE, the parties hereby stipulate, subject to Court approval, that the stay in this case be extended for a period of 33 days, until July 15, 2010, at which time the parties will advise the Court of the status of settlement discussions and request a further stay, if appropriate.

| | | |
|---|---|---|
| 1 | DATED this 10th day of June, 2010 | Respectfully submitted, |
| 2 | | **REEVES & BRIGHTWELL L.L.P.** |
| 3 | | |
| 4 | | By */s/ Matthew H. Frederick* |
| 5 | | Paul Schlaud |
| | | Matthew H. Frederick |
| 6 | | |
| 7 | | ATTORNEYS FOR DEFENDANTS DELL INC., DELL CATALOG SALES, L.P., DELL PRODUCTS, L.P., DELL MARKETING L.P., DELL MARKETING L.P., LLC, DELL MARKETING G.P., LLC, AND DELL USA L.P. |
| 8 | | |
| 9 | | |
| 10 | DATED this 10th day of June, 2010 | **STRANGE & CARPENTER** |
| 11 | | |
| 12 | | By */s/Gretchen Carpenter* |
| | | Brian R. Strange |
| 13 | | Gretchen Carpenter |
| 14 | | ATTORNEYS FOR PLAINTIFFS VIVIAN FIORI ARIZA and ROGGIE TRUJILLO |
| 15 | | |
| 16 | | |
| 17 | DATED this 10th day of June, 2010 | **ROBERTS RASPE & BLANTON, LLP** |
| 18 | | By */s/Michael Blanton* |
| | | Michael Blanton |
| 19 | | |
| 20 | | ATTORNEYS FOR DEFENDANTS BANCTEC, INC. AND WORLDWIDE TECH SERVICES, LLC |

PURSUANT TO STIPULATION THE ABOVE-REFERENCED STAY IS SO ORDERED:

DATED: _____June 14,_____, 2010     _____*James Ware*_____
                                       The Honorable James Ware
                                       United States District Court Judge

STIPULATION TO EXTEND STAY OF CASE
Case No. 09-CV-01518JW                          3

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I Matthew Frederick, attest that concurrence in the filing of this document has been obtained from Gretchen Carpenter and Michael Blanton.

By: /s/ *Matthew H. Frederick*
Matthew H. Frederick

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of Texas, over the age of eighteen years and not a party to the within action. My business address is Reeves & Brightwell, 221 W. 6th Street, Suite 1000, Austin, TX  78701.

On June 10, 2010, I served the following document:

**STIPULATION TO EXTEND STAY OF CASE; AND [PROPOSED] ORDER**

__X__  **ELECTRONIC FILING**: the within document, the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

Brian R. Strange
lacounsel@earthlink.net
Gretchen Carpenter
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone:    310-207-5055
Fax:              310-826-3210

Attorneys for Plaintiffs

Randall S. Rothschild
randy.rothschild@verizon.net
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:    310-806-9245
Fax:              310-988-2723

Attorney for Plaintiffs

Michael S. Blanton
mblanton@rrbllp.com
ROBERTS, RASPE & BLANTON LLP
Union Bank Plaza
445 South Figueroa Street
Suite 3200
Los Angeles, California 90071
Telephone:    (213) 430-4777
Fax:              (213) 430-4780

Attorney for Defendants BancTec, Inc. and QualxServ, LLC

___  **MAIL**:  by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service pursuant to the ordinary business practice of this office.

___  **FACSIMILE TRANSMISSION**:  a true and correct copy transmitted via facsimile to each addressee listed below.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.  Executed in Austin, Texas on June 10, 2010.

/s/ *Matthew H. Frederick*
Matthew H. Frederick