

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIVIAN FIORI ARIZA and ROGGIE TRUJILLO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DELL INC., a corporation; BANCTEC, INC., a corporation; WORLDWIDE TECHSERVICES, LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL MARKETING L.P., LLC, an entity; DELL MARKETING G.P., LLC, an entity; DELL USA, L.P., an entity; and DOES 1 Through 10,<br><br>    Defendants. | **Case No. C09 01518 JW**<br>**ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE; SETTING HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Based on the parties' representation that they have reached a settlement in this case and will be filing their Motion for Preliminary Approval of Class Settlement "shortly," the Court finds good cause to VACATE all pretrial and trial dates, including the Preliminary Pretrial Conference set for September 20, 2010. (Docket Item No. 162.)

The Court sets **October 18, 2010 at 9 a.m.** as a hearing date for Preliminary Approval of Class Settlement. On or before **October 4, 2010**, the parties shall file their Joint Motion and all supporting documents.

Dated: September 15, 2010

_____
JAMES WARE
United States District Judge