1  Sean P. DeBruine (SBN 168071)
   ALSTON & BIRD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Ste 400
3  Palo Alto, CA 94306-2112
   Phone: (650) 838-2000
4  Fax: (650) 838-2001
   sean.debruine@alston.com
5
   Kristine M. Brown (Georgia SBN 480189)
6  Matthew D. Richardson (Georgia SBN 231474)
   ALSTON & BIRD LLP
7  One Atlantic Center
   1201 West Peachtree Street
8  Atlanta, GA 30309-3424
   Phone: 404-881-7000
9  Fax: 404-881-7777
   kristy.brown@alston.com
10 matt.richardson@alston.com

11 Paul Schlaud (Texas SBN 24013469)
   Matthew H. Frederick (Texas SBN 24040931)
12 Reeves & Brightwell
   221 West Sixth Street, Ste 1000
13 Austin, TX 78701-3410
   Phone: 512.334.4504
14 Fax: 512.334.4492
   pschlaud@reevesbrightwell.com
15 mfrederick@reevesbrightwell.com

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
9/28/2010

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19 VIVIAN FIORI ARIZA, and ROGGIE          Case No. 09 CV 01518 JW
   TRUJILLO,
20                                         **STIPULATION TO RESCHEDULE
                  Plaintiffs,              HEARING DATE FOR PRELIMINARY
21                                         APPROVAL OF CLASS SETTLEMENT AND
   v.                                      TO RESCHEDULE DATE FOR
22                                         SUBMISSION OF PRELIMINARY
   DELL INC., et al.,                      APPROVAL MOTION; [PROPOSED]
23                                         ORDER
                  Defendants.
24                                         **CLASS ACTION**

25                                         Assigned to the Honorable Judge James Ware,
                                           Courtroom 8
26
                                           Action filed April 7, 2009
27

28

STIPULATION TO RESCHEDULE HEARING DATE
Case No. 09-CV-01518JW

WHEREAS, in their Stipulation to Stay Case, filed April 12, 2010, the parties requested that the Court vacate all pending briefing deadlines and hearing dates and stay this case for 60 days to facilitate mediation;

WHEREAS, in their Stipulation to Extend Stay of Case, filed June 10, 2010, the parties requested that the stay of this case be extended for a period of 33 days, until July 15, 2010, at which time the parties would advise the Court of the status of settlement discussions and request a further stay, if appropriate.

WHEREAS, in a Joint Status Report filed July 15, 2010, the parties informed the Court that they had reached a settlement in principle to resolve this case;

WHEREAS, on September 15, 2010, the Court entered an Order Vacating Preliminary Pretrial Conference and Setting Hearing for Preliminary Approval of Class Settlement;

WHEREAS, in its September 15, 2010 Order the Court set October 18, 2010 at 9:00 a.m as the hearing date for Preliminary Approval of Class Settlement, and further Ordered that the parties shall file their Joint Motion for Preliminary Approval and all supporting documents on October 4, 2010;

WHEREAS, the parties are still negotiating the details of the settlement and are not yet in a position to execute a formal Settlement Agreement ; in addition, Counsel for Dell is not available for the preliminary hearing on October 18, 2010,

THEREFORE, the parties hereby stipulate, subject to Court approval, that the hearing date for Preliminary Approval of Class Settlement be set for October 25, 2010, and that the Joint Motion for Preliminary Approval and all supporting documents shall be filed on October 11, 2010.

DATED this 24th day of Sept., 2010          Respectfully submitted,

**REEVES & BRIGHTWELL L.L.P.**

By */s/ Paul Schlaud*
    Paul Schlaud
    Matthew H. Frederick

ATTORNEYS FOR DEFENDANTS DELL INC., DELL CATALOG SALES, L.P., DELL PRODUCTS, L.P., DELL MARKETING L.P., DELL MARKETING L.P., LLC, DELL MARKETING G.P., LLC, AND DELL USA L.P.

DATED this 24th day of Sept., 2010          **STRANGE & CARPENTER**

By */s/Gretchen Carpenter*
    Brian R. Strange
    Gretchen Carpenter

ATTORNEYS FOR PLAINTIFFS VIVIAN FIORI ARIZA and ROGGIE TRUJILLO

DATED this 24th day of Sept., 2010          **ROBERTS RASPE & BLANTON, LLP**

By */s/Michael Blanton*
    Michael Blanton

ATTORNEYS FOR DEFENDANTS BANCTEC, INC. AND WORLDWIDE TECH SERVICES, LLC

PURSUANT TO STIPULATION IT IS ORDERED THAT THE HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT IS SET FOR OCTOBER 25, 2010, **at 9:00 am.** THE JOINT MOTION FOR PRELIMINARY APPROVAL AND SUPPORTING DOCUMENTS SHALL BE FILED OCTOBER 11, 2010.

DATED: September 28, 2010

                                  The Honorable James Ware
                                  United States District Court Judge

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Paul Schlaud, attest that concurrence in the filing of this document has been obtained from Gretchen Carpenter and Michael Blanton.

By: */s/ Paul Schlaud*
Paul Schlaud

STIPULATION TO RESCHEDULE HEARING DATE
Case No. 09-CV-01518JW                  4

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of Texas, over the age of eighteen years and not a party to the within action. My business address is Reeves & Brightwell, 221 W. 6th Street, Suite 1000, Austin, TX 78701.

On September 24, 2010, I served the following document:

**STIPULATION TO RESCHEDULE HEARING DATE FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND TO RESCHEDULE DATE FOR SUBMISSION OF JOINT MOTION FOR PRELIMINARY APPROVAL; [PROPOSED] ORDER**

__X__ **ELECTRONIC FILING**: the within document, the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

Brian R. Strange
lacounsel@earthlink.net
Gretchen Carpenter
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone:     310-207-5055
Fax:                310-826-3210

Attorneys for Plaintiffs

Randall S. Rothschild
randy.rothschild@verizon.net
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:     310-806-9245
Fax:                310-988-2723

Attorney for Plaintiffs

Michael S. Blanton
mblanton@rrbllp.com
ROBERTS, RASPE & BLANTON LLP
Union Bank Plaza
445 South Figueroa Street
Suite 3200
Los Angeles, California 90071
Telephone:     (213) 430-4777
Fax:                (213) 430-4780

Attorney for Defendants BancTec, Inc. and QualxServ, LLC

___ **MAIL**: by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service pursuant to the ordinary business practice of this office.

___ **FACSIMILE TRANSMISSION**: a true and correct copy transmitted via facsimile to each addressee listed below.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct. Executed in Austin, Texas on September 24, 2010.

*/s/ Paul Schlaud*
Paul Schlaud