Sean P. DeBruine (SBN 168071)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Ste 400
Palo Alto, CA  94306-2112
Phone:  (650) 838-2000
Fax:   (650) 838-2001
sean.debruine@alston.com

Kristine M. Brown (Georgia SBN 480189)
Matthew D. Richardson (Georgia SBN 231474)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
kristy.brown@alston.com
matt.richardson@alston.com

Paul Schlaud (Texas SBN 24013469)
Matthew H. Frederick (Texas SBN 24040931)
Reeves & Brightwell
221 West Sixth Street, Ste 1000
Austin, TX 78701-3410
Phone: 512.334.4504
Fax: 512.334.4492
pschlaud@reevesbrightwell.com
mfrederick@reevesbrightwell.com

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
10/8/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIVIAN FIORI ARIZA, and ROGGIE TRUJILLO,<br><br>                  Plaintiffs,<br><br>v.<br><br>DELL INC., et al.,<br><br>                  Defendants. | Case No.  09 CV 01518 JW<br><br>**STIPULATION TO RESCHEDULE HEARING DATE FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND TO RESCHEDULE DATE FOR SUBMISSION OF PRELIMINARY APPROVAL MOTION; [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>Assigned to the Honorable Judge James Ware, Courtroom 8<br><br>Action filed April 7, 2009 |

STIPULATION TO RESCHEDULE HEARING DATE
Case No. 09-CV-01518JW

1   WHEREAS, in their Stipulation to Stay Case, filed April 12, 2010, the parties requested

2   that the Court vacate all pending briefing deadlines and hearing dates and stay this case for 60

3   days to facilitate mediation;

4   WHEREAS, in their Stipulation to Extend Stay of Case, filed June 10, 2010, the parties

5   requested that the stay of this case be extended for a period of 33 days, until July 15, 2010, at

6   which time the parties would advise the Court of the status of settlement discussions and request a

7   further stay, if appropriate.

8   WHEREAS, in a Joint Status Report filed July 15, 2010, the parties informed the Court

9   that they had reached a settlement in principle to resolve this case;

10  WHEREAS, on September 15, 2010, the Court entered an Order Vacating Preliminary

11  Pretrial Conference and Setting Hearing for Preliminary Approval of Class Settlement;

12  WHEREAS, in its September 15, 2010 Order the Court set October 18, 2010 at 9:00 a.m

13  as the hearing date for Preliminary Approval of Class Settlement, and further Ordered that the

14  parties shall file their Joint Motion for Preliminary Approval and all supporting documents on

15  October 4, 2010;

16  WHEREAS, on September 24, 2010, the parties stipulated, subject to Court approval, that

17  the hearing date for Preliminary Approval of Class Settlement be set for October 25, 2010, and

18  that the Joint Motion for Preliminary Approval and all supporting documents be filed on October

19  11, 2010;

20  WHEREAS, on September 28, 2010, the Court entered an Order, pursuant to the

21  September 24, 2010 stipulation, setting the hearing for preliminary approval of class settlement

22  for October 25, 2010, at 9:00 a.m., and directing the parties to file the Joint Motion for

23  Preliminary Approval and supporting documents on October 11, 2010.

24  WHEREAS, the parties have resumed discussions with the mediator, Anthony Piazza, in

1  order to resolve certain issues regarding the proposed settlement.  Because of this the parties are

2  not yet in a position to file approval papers by October 11, 2010.  However, the parties are

3  hopeful that the resumed talks with Mr. Piazza will resolve the outstanding issues and the

4  approval papers can be filed by November 1, 2010;

5        THEREFORE, the parties hereby stipulate, subject to Court approval, that the hearing date

6  for Preliminary Approval of Class Settlement be set for November 15, 2010, and that the Joint

7  Motion for Preliminary Approval and all supporting documents shall be filed on November 1,

8  2010.

STIPULATION TO RESCHEDULE HEARING DATE
Case No. 09-CV-01518JW                                   3

1

DATED this 7th day of October, 2010     Respectfully submitted,

2
                                        **REEVES & BRIGHTWELL L.L.P.**
3

4                                        By */s/ Paul Schlaud*
                                              Paul Schlaud
5                                             Matthew H. Frederick

6

7                                       ATTORNEYS FOR DEFENDANTS DELL INC.,
                                        DELL CATALOG SALES, L.P., DELL
8                                       PRODUCTS, L.P., DELL MARKETING L.P.,
                                        DELL MARKETING L.P., LLC, DELL
9                                       MARKETING G.P., LLC, AND DELL USA L.P.

10  DATED this 7th day of October, 2010    **RANDALL S. ROTHSCHILD, A P.C.**

11

12                                       By */s/ Randy Rothschild*
                                              Randy Rothschild
13

14                                      ATTORNEY FOR PLAINTIFFS VIVIAN FIORI
                                        ARIZA and ROGGIE TRUJILLO
15

16
   DATED this 7th day of October, 2010    **ROBERTS RASPE & BLANTON, LLP**
17

18                                       By */s/ Michael Blanton*
                                              Michael Blanton
19

20                                      ATTORNEYS FOR DEFENDANTS BANCTEC,
                                        INC. AND WORLDWIDE TECH SERVICES, LLC
21

22
   PURSUANT TO STIPULATION IT IS ORDERED THAT THE HEARING FOR
23 PRELIMINARY APPROVAL OF CLASS SETTLEMENT IS SET FOR **November 22, 2010 at 9:00 am**
   AND THE JOINT MOTION FOR PRELIMINARY APPROVAL AND SUPPORTING
24 DOCUMENTS SHALL BE FILED NOVEMBER 1, 2010.

25 DATED: __October 8_____, 2010        _____/s/ James Ware_____
                                           The Honorable James Ware
26                                         United States District Court Judge

27

28

STIPULATION TO RESCHEDULE HEARING DATE
Case No. 09-CV-01518JW                    4

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Paul Schlaud, attest that concurrence in the filing of this document has been obtained from Randy Rothschild and Michael Blanton.

By: */s/ Paul Schlaud*
     Paul Schlaud

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of Texas, over the age of eighteen years and not a party to the within action. My business address is Reeves & Brightwell, 221 W. 6th Street, Suite 1000, Austin, TX 78701.

On October 7, 2010, I served the following document:

**STIPULATION TO RESCHEDULE HEARING DATE FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND TO RESCHEDULE DATE FOR SUBMISSION OF JOINT MOTION FOR PRELIMINARY APPROVAL; [PROPOSED] ORDER**

_X_ **ELECTRONIC FILING**: the within document, the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

| | |
|---|---|
| Brian R. Strange<br>lacounsel@earthlink.net<br>Gretchen Carpenter<br>gcarpenter@strangeandcarpenter.com<br>STRANGE & CARPENTER<br>12100 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90025<br>Telephone:   310-207-5055<br>Fax:              310-826-3210<br><br>Attorneys for Plaintiffs | Michael S. Blanton<br>mblanton@rrbllp.com<br>ROBERTS, RASPE & BLANTON LLP<br>Union Bank Plaza<br>445 South Figueroa Street<br>Suite 3200<br>Los Angeles, California 90071<br>Telephone:   (213) 430-4777<br>Fax:              (213) 430-4780<br><br>Attorney for Defendants BancTec, Inc. and QualxServ, LLC |

Randall S. Rothschild
randy.rothschild@verizon.net
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:   310-806-9245
Fax:              310-988-2723

Attorney for Plaintiffs

___ **MAIL**: by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service pursuant to the ordinary business practice of this office.

___ **FACSIMILE TRANSMISSION**: a true and correct copy transmitted via facsimile to each addressee listed below.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct. Executed in Austin, Texas on October 7, 2010.

                              _/s/ Paul Schlaud_
                              Paul Schlaud

STIPULATION TO RESCHEDULE HEARING DATE
Case No. 09-CV-01518JW                     6