Sean P. DeBruine (SBN 168071)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Ste 400
Palo Alto, CA 94306-2112
Phone: (650) 838-2000
Fax: (650) 838-2001
sean.debruine@alston.com

Kristine M. Brown (Georgia SBN 480189)
Matthew D. Richardson (Georgia SBN 231474)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
kristy.brown@alston.com
matt.richardson@alston.com

Paul Schlaud (Texas SBN 24013469)
Matthew H. Frederick (Texas SBN 24040931)
Reeves & Brightwell
221 West Sixth Street, Ste 1000
Austin, TX 78701-3410
Phone: 512.334.4504
Fax: 512.334.4492
pschlaud@reevesbrightwell.com
mfrederick@reevesbrightwell.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIVIAN FIORI ARIZA, and ROGGIE TRUJILLO,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC., et al.,<br><br>Defendants. | Case No. 09 CV 01518 JW<br><br>**STIPULATION TO RESCHEDULE DATE FOR SUBMISSION OF PRELIMINARY APPROVAL MOTION; [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>Assigned to the Honorable Judge James Ware, Courtroom 8<br><br>Action filed April 7, 2009 |

STIPULATION TO RESCHEDULE DATE FOR
SUBMISSION OF PRELIMINARY APPROVAL MOTION
Case No. 09-CV-01518JW

1    WHEREAS, in their Stipulation to Stay Case, filed April 12, 2010, the parties requested

2  that the Court vacate all pending briefing deadlines and hearing dates and stay this case for 60

3  days to facilitate mediation;

4    WHEREAS, in their Stipulation to Extend Stay of Case, filed June 10, 2010, the parties

5  requested that the stay of this case be extended for a period of 33 days, until July 15, 2010, at

6

7  which time the parties would advise the Court of the status of settlement discussions and request a

8  further stay, if appropriate;

9    WHEREAS, in a Joint Status Report filed July 15, 2010, the parties informed the Court

10 that they had reached a settlement in principle to resolve this case;

11

12   WHEREAS, on September 15, 2010, the Court entered an Order Vacating Preliminary

13 Pretrial Conference and Setting Hearing for Preliminary Approval of Class Settlement;

14   WHEREAS, in its September 15, 2010 Order the Court set October 18, 2010 at 9:00 a.m

15 as the hearing date for Preliminary Approval of Class Settlement, and further Ordered the parties

16 to file their Joint Motion for Preliminary Approval and all supporting documents on October 4,

17 2010;

18   WHEREAS, on September 24, 2010, the parties stipulated, subject to Court approval, that

19

20 the hearing date for Preliminary Approval of Class Settlement be set for October 25, 2010, and

21 that the Joint Motion for Preliminary Approval and all supporting documents be filed on October

22 11, 2010;

23   WHEREAS, on September 28, 2010, the Court entered an Order, pursuant to the

24 September 24, 2010 stipulation, setting the hearing for preliminary approval of class settlement

25 for October 25, 2010, at 9:00 a.m., and directing the parties to file the Joint Motion for

26 Preliminary Approval and supporting documents on October 11, 2010;

27

28   WHEREAS, on October 7, 2010, the parties notified the Court that they had resumed

STIPULATION TO RESCHEDULE DATE FOR
SUBMISSION OF PRELIMINARY APPROVAL MOTION          2
Case No. 09-CV-01518JW

discussions with the mediator, Anthony Piazza, in order to resolve certain issues regarding the proposed settlement but were hopeful that the outstanding issues would be resolved and the approval papers could be filed by November 1, 2010;

WHEREAS, on October 8, 2010, the Court entered an Order, pursuant to the October 7, 2010 stipulation, setting the hearing for preliminary approval of class settlement for November 22, 2010, at 9:00 a.m., and directing the parties to file the Joint Motion for Preliminary Approval and supporting documents on November 1, 2010;

WHEREAS, the parties have made substantial progress in resolving outstanding issues regarding the proposed settlement but have not reached a final settlement agreement;

WHEREAS, the parties anticipate that they will finalize the settlement agreement shortly, but an additional week is needed to fully document the settlement and prepare and file the Joint Motion for Preliminary Approval and supporting documents.

THEREFORE, the parties hereby stipulate, subject to Court approval, that the Joint Motion for Preliminary Approval and all supporting documents shall be filed on November 8, 2010, and the hearing on the Motion for Preliminary Approval of Class Settlement shall be held, as scheduled, on November 22, 2010.

DATED this 28th day of October, 2010        Respectfully submitted,

                  **REEVES & BRIGHTWELL L.L.P.**

                  By */s/ Paul Schlaud*
                     Paul Schlaud
                     Matthew H. Frederick

                  ATTORNEYS FOR DEFENDANTS DELL INC., DELL CATALOG SALES, L.P., DELL PRODUCTS, L.P., DELL MARKETING L.P., DELL MARKETING L.P., LLC, DELL MARKETING G.P., LLC, AND DELL USA L.P.

DATED this 28th day of October, 2010        **RANDALL S. ROTHSCHILD, A P.C.**

                  By */s/ Randy Rothschild*
                     Randy Rothschild

                  ATTORNEY FOR PLAINTIFFS VIVIAN FIORI ARIZA and ROGGIE TRUJILLO

DATED this 28th day of October, 2010        **ROBERTS RASPE & BLANTON, LLP**

                  By */s/ Michael Blanton*
                     Michael Blanton

                  ATTORNEYS FOR DEFENDANTS BANCTEC, INC. AND WORLDWIDE TECHSERVICES, LLC

PURSUANT TO STIPULATION IT IS ORDERED THAT THE JOINT MOTION FOR PRELIMINARY APPROVAL AND SUPPORTING DOCUMENTS SHALL BE FILED NOVEMBER 8, 2010, AND THE HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT WILL REMAIN SET, AS SCHEDULED, FOR NOVEMBER 22, 2010 AT 9:00 A.M.

DATED: ___November 2___, 2010        _/s/ James Ware_____
                    The Honorable James Ware
                    United States District Court Judge

STIPULATION TO RESCHEDULE DATE FOR
SUBMISSION OF PRELIMINARY APPROVAL MOTION   4
Case No. 09-CV-01518JW

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Paul Schlaud, attest that concurrence in the filing of this document has been obtained from Randy Rothschild and Michael Blanton.

By: */s/ Paul Schlaud*
  Paul Schlaud

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of Texas, over the age of eighteen years and not a party to the within action. My business address is Reeves & Brightwell, 221 W. 6th Street, Suite 1000, Austin, TX  78701.

On October 28, 2010, I served the following document:

**STIPULATION TO RESCHEDULE DATE FOR SUBMISSION OF JOINT MOTION FOR PRELIMINARY APPROVAL; [PROPOSED] ORDER**

_X_ **ELECTRONIC FILING**: the within document, the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

Brian R. Strange
lacounsel@earthlink.net
Gretchen Carpenter
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone:    310-207-5055
Fax:          310-826-3210

Attorneys for Plaintiffs

Michael S. Blanton
mblanton@rrbllp.com
ROBERTS, RASPE & BLANTON LLP
Union Bank Plaza
445 South Figueroa Street
Suite 3200
Los Angeles, California 90071
Telephone:    (213) 430-4777
Fax:          (213) 430-4780

Attorney for Defendants BancTec, Inc. and QualxServ, LLC

Randall S. Rothschild
randy.rothschild@verizon.net
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:    310-806-9245
Fax:          310-988-2723

Attorney for Plaintiffs

___ **MAIL**:  by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service pursuant to the ordinary business practice of this office.

___ **FACSIMILE TRANSMISSION**:  a true and correct copy transmitted via facsimile to each addressee listed below.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.  Executed in Austin, Texas on October 28, 2010.

_/s/ Paul Schlaud_
Paul Schlaud