1  BRIAN R. STRANGE (SBN 103252)
   lacounsel@earthlink.net
2  GRETCHEN CARPENTER (SBN 180525)
   gcarpenter@strangeandcarpenter.com
3  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
4  Los Angeles, CA 90025
   Telephone:   310-207-5055
5  Fax:         310-826-3210

6  RANDALL S. ROTHSCHILD (SBN 101301)
   randy.rothschild@verizon.net
7  RANDALL S. ROTHSCHILD, A PC
   12100 Wilshire Blvd., Suite 800
8  Los Angeles, CA 90025
   Telephone:   310-806-9245
9  Fax:         310-988-2723

10  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIVIAN FIORI ARIZA and ROGGIE TRUJILLO, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DELL INC., a corporation; BANCTEC, INC., a corporation; WORLDWIDE TECHSERVICES, LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL MARKETING L.P., LLC, an entity; DELL MARKETING G.P., LLC, an entity; DELL USA, L.P., an entity; and DOES 1 Through 10,<br><br>　　　　Defendants. | Case No.  09 CV 01518 JW<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE CONDITIONAL THIRD AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>Assigned to the Honorable James Ware, Courtroom 8<br><br>Action filed on April 7, 2009 |

**WHEREAS**, Plaintiffs Vivian Fiori Ariza and Roggie Trujillo ("Plaintiffs"), on the one hand, and Defendants Dell Inc., Dell Catalog Sales, L.P., Dell Products, L.P., Dell Marketing L.P., Dell Marketing L.P., LLC, Dell Marketing G.P., LLC, Dell USA L.P. (collectively, "Dell" or "Dell Defendants"); Defendant BancTec, Inc. ("BancTec"); and Defendant Worldwide TechServices, LLC, f/k/a QualxServ, LLC ("Worldwide") (collectively, "Defendants"), on the other hand, have reached a proposed settlement and compromise of the disputes between them and other similarly situated individuals in the Action, which is embodied in the Settlement Agreement filed with the Court;

WHEREAS, on November 8, 2007, Plaintiffs' counsel filed a putative class action on behalf of Pamela Newport against Defendants in Arizona Superior Court, Pima County, styled *Newport v. Dell Inc. et al.*, Case No. C20076533, which action was subsequently removed by Dell to the United States District Court for the District of Arizona on February 1, 2008, thereby commencing the federal case styled *Newport v. Dell Inc. et al.*, No. 4:08-CV-0096-CKJ;

WHEREAS, Plaintiffs' counsel and Defendants' counsel mediated Plaintiffs' and Ms. Newport's claims with Antonio Piazza on July 12, 2010 in an all-day mediation, and participated in additional mediation conferences that were held telephonically with Mr. Piazza on October 6 and 11, 2010;

WHEREAS, the parties reached an agreement to settle all the claims of Plaintiffs and Ms. Newport and their respective cases against all of the Defendants;

WHEREAS, on April 23, 2010, the *Newport* court stayed the case on the parties' joint stipulation;

1   WHEREAS, on July 29, 2004, Pamela F. Alvarez, through Plaintiffs' counsel, filed a

2   putative class action in the Superior Court of the State of California, County of Mendocino, styled

3   as *Alvarez v. Dell Inc.*, Case No. SCUK CVG 0492921;

4   WHEREAS, Robert Dean and Raul Reyes are currently named as the putative class

5   representatives in the *Alvarez* action;

6

7   WHEREAS, Plaintiffs' counsel and Dell Defendants' counsel mediated the *Alvarez* action

8   with Justice Edward A. Panelli on September 28, 2010 in an all-day mediation, and the parties

9   reached a proposed settlement that resolved in principle all the claims asserted in the *Alvarez*

10  action as well as the "next business day" claims of Arizona residents;

11  WHEREAS, the parties have thus reached a global class action settlement of these three

12  cases, to be presented to this Court for approval;

13

14  WHEREAS, pursuant to the Settlement Agreement being filed with the Court

15  concurrently with this stipulation, Plaintiffs Ariza and Trujillo seek leave to conditionally amend

16  the pleadings to add Ms. Newport and Messrs. Dean and Reyes as representative plaintiffs, to

17  encompass all claims asserted in the *Newport* and *Alvarez* actions at any time (including

18  amending the proposed class definition to include the residents of California and Arizona), and to

19  amend the proposed class definition to include the residents of Arizona who fit the settlement

20  class definition in this Action;

21

22  WHEREAS, Plaintiffs are lodging their proposed Conditional Third Amended Complaint

23  with the Court concurrently with this stipulation;

24  WHEREAS, the Parties agree that Defendants' time to respond to the Conditional Third

25  Amended Complaint shall be stayed;

26

1   WHEREAS, no prejudice will result from the leave requested herein; and

2   WHEREAS, good cause exists for granting leave to amend in order to effect a global settlement of this action, the *Newport* action, and the *Alvarez* action.

    NOW, THEREFORE, the parties hereby stipulate, subject to Court approval, to permit Plaintiffs to conditionally file the Third Amended Complaint.  If the proposed settlement is not finally approved or if the settlement does not occur for any reason, this Order shall be become null and void and the parties will revert to their respective positions prior to settlement, and the parties in this action (i.e., Plaintiffs Vivian Fiori and Roggie Trujillo and Defendants Dell, BancTec and Worldwide), the *Newport* action (i.e., Plaintiff Pamela Newport and Defendants Dell and BancTec), and the *Alvarez* action (i.e., Plaintiffs Robert Dean and Raul Reyes and the Dell Defendants) shall have all claims and defenses that they had or were asserting as of the date of the mediations at which the parties agreed to settle each action.

    IT IS SO STIPULATED.

DATED: November 8, 2010           Respectfully Submitted,
                                  STRANGE & CARPENTER

                                  By:     /s/ Gretchen Carpenter_____
                                      Brian R. Strange
                                      Gretchen Carpenter
                                      Attorneys for Plaintiffs

DATED: November 8, 2010           REEVES & BRIGHTWELL, LLP

                                  By:     /s/ Paul Schlaud_____
                                      Paul Schlaud
                                      Attorneys for Dell Defendants

DATED: November 8, 2010           ROBERTS RASPE & BLANTON, LLP

                                  By:     /s/ Michael Blanton_____
                                      Michael Blanton
                                      Attorneys for Defendants Banctec, Inc. and
                                      Worldwide TechServices, LLC

STIPULATION TO PERMIT PLAINTIFFS TO FILE THIRD
AMENDED COMPLAINT; [PROPOSED] ORDER          4
Case No. 09-CV-01518JW

1  PURSUANT TO STIPULATION THE ABOVE-REFERENCED LEAVE TO AMEND
2  GRANTED.  IS SO ORDERED:

3  DATED: _____, 2010

4  _____
   Hon. James Ware
   United States District Court Judge

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Gretchen Carpenter, attest that concurrence in the filing of this document has been obtained from Paul Schlaud and Michael Blanton.

By:  /s/ Gretchen Carpenter
     Gretchen Carpenter