BRIAN R. STRANGE (SBN 103252)
lacounsel@earthlink.net
GRETCHEN CARPENTER (SBN 180525)
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone:   310-207-5055
Fax:         310-826-3210

RANDALL S. ROTHSCHILD (SBN 101301)
randy.rothschild@verizon.net
RANDALL S. ROTHSCHILD, A PC
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:   310-806-9245
Fax:         310-988-2723

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIVIAN FIORI ARIZA and ROGGIE TRUJILLO, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>DELL INC., a corporation; BANCTEC, INC., a corporation; WORLDWIDE TECHSERVICES, LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL MARKETING L.P., LLC, an entity; DELL MARKETING G.P., LLC, an entity; DELL USA, L.P., an entity; and DOES 1 Through 10,<br><br>  Defendants. | Case No. 09 CV 01518 JW<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE CONDITIONAL THIRD AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>Assigned to the Honorable James Ware, Courtroom 8<br><br>Action filed on April 7, 2009 |

**WHEREAS**, Plaintiffs Vivian Fiori Ariza and Roggie Trujillo ("Plaintiffs"), on the one hand, and Defendants Dell Inc., Dell Catalog Sales, L.P., Dell Products, L.P., Dell Marketing L.P., Dell Marketing L.P., LLC, Dell Marketing G.P., LLC, Dell USA L.P. (collectively, "Dell" or "Dell Defendants"); Defendant BancTec, Inc. ("BancTec"); and Defendant Worldwide TechServices, LLC, f/k/a QualxServ, LLC ("Worldwide") (collectively, "Defendants"), on the other hand, have reached a proposed settlement and compromise of the disputes between them and other similarly situated individuals in the Action, which is embodied in the Settlement Agreement filed with the Court;

WHEREAS, on November 8, 2007, Plaintiffs' counsel filed a putative class action on behalf of Pamela Newport against Defendants in Arizona Superior Court, Pima County, styled *Newport v. Dell Inc. et al.*, Case No. C20076533, which action was subsequently removed by Dell to the United States District Court for the District of Arizona on February 1, 2008, thereby commencing the federal case styled *Newport v. Dell Inc. et al.*, No. 4:08-CV-0096-CKJ;

WHEREAS, Plaintiffs' counsel and Defendants' counsel mediated Plaintiffs' and Ms. Newport's claims with Antonio Piazza on July 12, 2010 in an all-day mediation, and participated in additional mediation conferences that were held telephonically with Mr. Piazza on October 6 and 11, 2010;

WHEREAS, the parties reached an agreement to settle all the claims of Plaintiffs and Ms. Newport and their respective cases against all of the Defendants;

WHEREAS, on April 23, 2010, the *Newport* court stayed the case on the parties' joint stipulation;

WHEREAS, on July 29, 2004, Pamela F. Alvarez, through Plaintiffs' counsel, filed a putative class action in the Superior Court of the State of California, County of Mendocino, styled as *Alvarez v. Dell Inc.*, Case No. SCUK CVG 0492921;

WHEREAS, Robert Dean and Raul Reyes are currently named as the putative class representatives in the *Alvarez* action;

WHEREAS, Plaintiffs' counsel and Dell Defendants' counsel mediated the *Alvarez* action with Justice Edward A. Panelli on September 28, 2010 in an all-day mediation, and the parties reached a proposed settlement that resolved in principle all the claims asserted in the *Alvarez* action as well as the "next business day" claims of Arizona residents;

WHEREAS, the parties have thus reached a global class action settlement of these three cases, to be presented to this Court for approval;

WHEREAS, pursuant to the Settlement Agreement being filed with the Court concurrently with this stipulation, Plaintiffs Ariza and Trujillo seek leave to conditionally amend the pleadings to add Ms. Newport and Messrs. Dean and Reyes as representative plaintiffs, to encompass all claims asserted in the *Newport* and *Alvarez* actions at any time (including amending the proposed class definition to include the residents of California and Arizona), and to amend the proposed class definition to include the residents of Arizona who fit the settlement class definition in this Action;

WHEREAS, Plaintiffs are lodging their proposed Conditional Third Amended Complaint with the Court concurrently with this stipulation;

WHEREAS, the Parties agree that Defendants' time to respond to the Conditional Third Amended Complaint shall be stayed;

WHEREAS, no prejudice will result from the leave requested herein; and

WHEREAS, good cause exists for granting leave to amend in order to effect a global settlement of this action, the *Newport* action, and the *Alvarez* action.

NOW, THEREFORE, the parties hereby stipulate, subject to Court approval, to permit Plaintiffs to conditionally file the Third Amended Complaint. If the proposed settlement is not finally approved or if the settlement does not occur for any reason, this Order shall be become null and void and the parties will revert to their respective positions prior to settlement, and the parties in this action (i.e., Plaintiffs Vivian Fiori and Roggie Trujillo and Defendants Dell, BancTec and Worldwide), the *Newport* action (i.e., Plaintiff Pamela Newport and Defendants Dell and BancTec), and the *Alvarez* action (i.e., Plaintiffs Robert Dean and Raul Reyes and the Dell Defendants) shall have all claims and defenses that they had or were asserting as of the date of the mediations at which the parties agreed to settle each action.

IT IS SO STIPULATED.

DATED: November 8, 2010

Respectfully Submitted,
STRANGE & CARPENTER

By: \_\_\_\_/s/\_Gretchen Carpenter_____
Brian R. Strange
Gretchen Carpenter
Attorneys for Plaintiffs

DATED: November 8, 2010

REEVES & BRIGHTWELL, LLP

By: \_\_\_\_/s/\_\_Paul Schlaud_____
Paul Schlaud
Attorneys for Dell Defendants

DATED: November 8, 2010

ROBERTS RASPE & BLANTON, LLP

By: \_\_\_\_/s/\_\_Michael Blanton_____
Michael Blanton
Attorneys for Defendants Banctec, Inc. and
Worldwide TechServices, LLC

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION THE ABOVE-REFERENCED LEAVE TO AMEND GRANTED. IS SO ORDERED: |
| 2 | |
| 3 | DATED: _____November 12_____, 2010      *James Ware* |
| 4 | Hon. James Ware<br>United States District Court Judge |

DATED: November 12, 2010

/s/ James Ware
Hon. James Ware
United States District Court Judge

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Gretchen Carpenter, attest that concurrence in the filing of this document has been obtained from Paul Schlaud and Michael Blanton.

By:     /s/ Gretchen Carpenter
        Gretchen Carpenter