Charles D. Chalmers, Esq. (State Bar No. 50263)
851 Irwin Street, Suite 200
San Rafael, California 94901
Tel: (415) 860-8134
Fax: (801) 382-2469
cchalmers@allegiancelit.com
Attorney for Objector



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

VIVIAN FIORI ARIZA, et al.,

    Plaintiffs,

vs.

DELL INC., a corporation, et al.,

    Defendants.

Civil Action No. C09-01518 JW

**DECLARATION OF NEIL SCHEIMAN IN SUPPORT OF OBJECTIONS**

DATE: 3-21-11
TIME: 9 a.m.

I, Neil Scheiman, do declare:

1. I reside in Marin County, California. I received an email notice of this settlement. I object to stating my address and telephone number in a document to be made a public record in this case. If my personal information is required for some reasonable purpose it can be provided, under appropriate restrictions, by my counsel. I do not wish to be contacted by anyone, except through my attorney. I personally do not intend to appear at the Final Approval Hearing, but I expect that my counsel will appear, and I reserve my right to appear and to testify if I so choose.

2. I purchased a Dell INSPIRON E1505 in 2006 or 2007. From memory, I received with that purchase a one-year at-home service contract. I don't recall purchasing coverage beyond one year, but it is possible. So far as I can recall I never requested or received any at-

1

Decl. of Neil Scheiman In Support of Objections

home service. I purchased that computer primarily for personal use. I did not take a tax deduction for the purchase. The service tag number is 54PSP91.

   3.   I have known Charles Chalmers for approximately 5 years. He is a friend and part of a small group of men that meet generally each week to discuss political and social issues. From this association I have learned that he is active in addressing perceived problems with the class action system. I also have learned that he does this primarily by appearing for class members at the time a court considers a proposed settlement and/or award of attorneys' fees to the class attorneys and presenting appropriate objections.

   4.   In January Mr. Chalmers inquired if I had in the last ten years purchased a Dell computer. When I replied that I had, he and I discussed the possibility of his representing me to present objections regarding this settlement. Eventually, after being fully informed of the objections that he would present, I agreed that he should present them in my name.

   5.   I have read the objections that will be presented. I understand the problems of claims-made settlements presenting the possibility, due among other things to modest compensation, that a defendant will end up paying very little to the class as a whole. I also understand that in some situations, due to this problem, the class counsel may be awarded attorneys' fees substantially in excess of the money actually received by the class. Finally, I understand that frequently the class counsel request, and are awarded, attorneys' fees based, in part, on the theoretical maximum compensation if all eligible class members filed a claim even though that possibility is completely unrealistic. Finally, I understand that there is some available evidence that claims rates can frequently, maybe even typically, be under 10% and even under 1%.

   6.   I can personally attest to this problem. When I received the email notice in this matter I ignored it, at least in part because the proposed compensation was so modest. I know from past experience that claiming the $4 or $8 I may be eligible to receive would require an

//

//

expenditure of time that I would not consider well spent to possibly receive that sum of money. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 16, 2011

*/s/ Neil Scheiman*
Neil Scheiman

Decl. of Neil Scheiman In Support of Objections

# PROOF OF SERVICE

I, Charles D. Chalmers, do declare:

I am over the age of eighteen and not a party to this action. I am a resident of the county where the mailing took place. My business address is 851 Irwin Street, Suite 200, San Rafael, CA 94901. On the date stated below, I served the pleading to which this Proof of Service is attached by sending to the email addresses stated in the Notice.

| | |
|---|---|
| STRANGE & CARPENTER<br>Brian R. Strange<br>Gretchen Carpenter<br>12100 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90025<br>Telephone: (310) 207-5055<br>gcarpenter@strangeandcarpenter.com | RANDALL S. ROTHSCHILD, APC<br>Randall S. Rothschild<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Telephone: (310) 806-9245<br>randy.rothschild@verizon.net |
| REEVES & BRIGHTWELL LLP<br>Paul Schlaud<br>221 W. 6th Street, Suite 1000<br>Austin, TX 78701<br>Telephone: (512) 334-4500<br>pschlaud@reevesbrightwell.com | ALSTON & BIRD LLP<br>Kristy McAlister Brown<br>1201 West Peachtree Street, N.W.<br>Atlanta, GA 30309<br>Telephone: (404) 881-7584<br>kmbrown@alston.com |
| ROBERTS, RASPE & BLANTON LLP<br>Michael S. Blanton<br>445 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90071<br>Telephone: (213) 430-4777<br>mblanton@rrbllp.com | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Rafael, CA on February 17, 2011.

_____
Charles D. Chalmers