BRIAN R. STRANGE (SBN 103252)
lacounsel@earthlink.net
GRETCHEN CARPENTER (SBN 180525)
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone:   310-207-5055
Fax:         310-826-3210

RANDALL S. ROTHSCHILD (SBN 101301)
randy.rothschild@verizon.net
RANDALL S. ROTHSCHILD, APC
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:   310-806-9245
Fax:         310-988-2723

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIVIAN FIORI ARIZA, ROGGIE TRUJILLO, PAMELA NEWPORT, ROBERT DEAN, AND RAUL REYES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC., a corporation; BANCTEC, INC., a corporation; WORLDWIDE TECHSERVICES, LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL MARKETING L.P., LLC, an entity; DELL MARKETING G.P., LLC, an entity; DELL USA, L.P., an entity; and DOES 1 Through 10,<br><br>Defendants. | **Case No. C09 01518 JW**<br><br>**DECLARATION OF RANDALL S. ROTHSCHILD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED RESPONSE TO OBJECTIONS TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND REQUEST FOR ATTORNEYS' FEES**<br><br>**CLASS ACTION**<br><br>Date: March 21, 2011<br>Time: 9:00 a.m.<br>Courtroom: 8<br><br>Assigned to the Honorable James Ware, Courtroom 8<br><br>Action filed on April 7, 2009 |

i

Case No. C09 01518 JW – Rothschild Declaration ISO Consolidated Response to Objections to Settlement and Request for Attorneys' Fees

I, Randall S. Rothschild, declare as follows:

1. I am an attorney licensed to practice in California since December, 1981 and am the sole shareholder of Randall S. Rothschild, a Professional Corporation, co-Class Counsel appointed by the Court on behalf of the Class in the Court's Preliminary Approval Order dated November 23, 2010. I am also co-counsel for plaintiffs Vivian Fiori Ariza and Roggie Trujillo in this action; plaintiff Pamela Newport in Newport v. Dell Inc., et al., United States District Court for the District of Arizona, Case No. 08-096; and plaintiffs Robert Dean and Raul Reyes in Alvarez, et al. v. Dell Inc., et al., California Superior Court, Mendocino County, Case No. SCUK CVG 0492921.

2. I am familiar with the facts stated in this declaration. I make this declaration of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the State Bar of California's Attorney Profile for Joel Golden. Exhibit A was printed from http://www.calbar.ca.gov on March 7, 2011.

4. Collectively attached hereto as Exhibit B are true and correct copies of pages I printed on March 7, 2011 from http://www.classobjector.com, the website belonging to attorney Charles D. Chalmers, who brings his objections in this action on behalf of Neil Scheiman.

5. The final three pages of Exhibit F of the Request for Judicial Notice in Support of Plaintiffs' Consolidated Response to Objections, filed concurrently herewith, are true and correct copies of search results from Pacer indicating actions in which Objector's counsel Darrell Palmer has appeared in. These pages were printed from Pacer on February 28, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of March, 2011 at Los Angeles, California.

                /s/ Randall S. Rothschild
                Randall S. Rothschild

1

Case No. C09 01518 JW – Rothschild Declaration ISO Consolidated Response to Objections to Settlement and Request for Attorneys' Fees

1 **FILER'S ATTESTATION**

2    Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Gretchen

3 Carpenter, attest that concurrence in the filing of this document has been obtained from Randall

4 S. Rothschild.

By:     ___/s/ Gretchen Carpenter___
5                Gretchen Carpenter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

Monday, March 7, 2011

## ATTORNEY SEARCH

## Joel Chalfen Golden - #47904

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

The following information is from the official records of The State Bar of California.

| | | | |
|---|---|---|---|
| **Bar Number:** | 47904 | | |
| **Address:** | 2356 Moore St Ste 101<br>San Diego, CA 92110<br>Map it | **Phone Number:**<br>**Fax Number:**<br>**e-mail:** | (619) 294-7918<br>(619) 294-2120<br>Not Available |
| **County:** | San Diego | **Undergraduate School:** | Univ of Minnesota; Minneapolis MN |
| **District:** | District 9 | | |
| **Sections:** | None | **Law School:** | Univ of San Diego SOL; San Diego CA |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 1/7/1971 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**
Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

Start New Search »

Contact Us | Site Map | Privacy Policy | Notices | Copyright | Accessibility | FAQ

© 2010 The State Bar of California

# EXHIBIT B

# Classobjector.com

ABOUT US
PAST CASES
CURRENT ACTIVITY
CONTACT US



**Helping Judges Spot Class Action Abuse**

**Helping protect Class Members from sell-out settlements or excessive attornys fees.**

## CONTACT US

We can only fight class action abuse if a class member engages us to examine and object to a proposed settlement. If you get a Notice, or know a class action that involves you is going to be settled, contact us as soon as you can. Email us at cchalmers@classobjector.com or fax us at 801-382-2469. There is no cost to you. We get paid, if at all, when the Court decides we provided a benefit to the class.

Class action abuse is rampant. Excessive attorneys' fees and sell-out settlements, particularly of the coupon variety, come in every imaginable form. Judges are supposed to protect the class members, but they generally don't for several reasons. They don't have the time to look closely. The abuses are not visable on a quick review. Moreover, judges suffer from the general attitude that it only means a few cents to anyone class member, so why fuss over it? But if you look at the class members as one John or Jill Q. Public, they are being taken for hundreds of millions every year by these abuses.

You may read and hear about efforts to correct "class action abuse" but most of this is lobbying by business to limit their exposure to class actions. Class actions are a great tool to protect the public against business abuse. Unfortunately, business has found the way to turn this tool to their advantage. They are happy to buy off the class action attorneys' with a big fee so long as the settlement is pennies, or worthless coupons, on the dollar and the company is released from its liability.

**YOU MUST STAND UP FOR YOURSELF.** Contact us as soon as you get a notice that you are part of a class action. The earlier the better — so that we can do the needed investigation.

return to top

ABOUT US | PAST CASES | CURRENT ACTIVITY | CONTACT US



**ABOUT US**
**PAST CASES**
**CURRENT ACTIVITY**
**CONTACT US**



## ABOUT US

Classobjector.com is the project of Charles D. Chalmers. A 1971 graduate of Stanford Law School, he has handled the litigation of complex business disputes for over 30 years. He became interested in class action abuse in 1999 and now devotes his entire practice to this issue. He is admitted to the Supreme Court of the United States, numerous federal courts of appeal, and all courts in California.

