United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vivian Fiori, et al., | NO. C 09-01518 JW |
|     Plaintiffs, | **ORDER REQUESTING INFORMATION** |
|   v. | |
| Dell, Inc., et al., | |
|     Defendants. | |

This case is scheduled for a Final Fairness Hearing on Settlement on **March 21, 2011 at 9 a.m.** Upon review of the parties' papers submitted to date in support of Final Approval,[1] the Court finds the parties' submissions insufficient. In particular, the Motion for Final Approval of Class Action Settlement fails to update the Court on the number of claims made to date, if any. (See Docket Item No. 192.) Accordingly, the parties shall be prepared at the March 21 Final Fairness Hearing to provide the Court with an interim report as to the number of claims filed against the Settlement fund as of the date of the Hearing.

Dated: March 18, 2011

                                                    JAMES WARE
                                                  United States District Chief Judge

---

[1] (See Docket Item No. 181, 192.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Russell Strange jhood@strangeandcarpenter.com
Charles D. Chalmers cchalmers@allegiancelit.com
Gretchen Arlene Carpenter gcarpenter@strangeandcarpenter.com
Howard  Strong stronglaw@gmail.com
Joseph Darrell Palmer darrell.palmer@cox.net
Matt  Frederick mfrederick@reevesbrightwell.com
Matthew D. Richardson matt.richardson@alston.com
Michael Scott Blanton mblanton@rrbllp.com
Paul  Schlaud pschlaud@reevesbrightwell.com
Randall Scot Rothschild randy.rothschild@verizon.net
Sean P DeBruine sean.debruine@alston.com

**Dated:  March 18, 2011**                              **Richard W. Wieking, Clerk**

                                                        **By:      /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California