Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objectors Margaret Munoz and Cery Perle

FILED
2011 APR 26  P 3: 51
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN FIORI ARIZA, ROGGIE TRUJILLO, PAMELA NEWPORT, ROBERT DEAN, and RAUL REYES<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC., a corporation; BANCTEC, INC., a corporation; WORLDWIDE TECHSERVICES, LLC, f/k/a QUALXSERV, LLC, an entity; DELL CATALOG SALES, L.P., an entity; DELL PRODUCTS, L.P., an entity; DELL MARKETING L.P., an entity; DELL MARKETING L.P., an entity; DEL USA, L.P., an entity; and DOES 1 through 10,<br><br>Defendants. | Case No. 09-CV-01518-JW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Margaret Munoz and Cery Perle, Objectors, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Settlement and Entering Judgment [Doc. 216] entered in this action on April 1, 2011.

Dated: April 25, 2011         By: _____
                                  Darrell Palmer
                                  Attorney for Objectors,
                                  Margaret Munoz and Cery Perle

## RULE 3-2 REPRESENTATION STATEMENT

Plaintiffs in this action, VIVIAN FIORI, VIVIAN FIORI ARIZA and ROGGIE TRUJILLO, are represented by the following counsel:

**Brian Russell Strange**
**Gretchen Arlene Carpenter**
Strange & Carpenter
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Phone: 310-207-5055
Fax: 310-826-3210
Email: jhood@strangeandcarpenter.com
Email: gcarpenter@strangeandcarpenter.com

**Randall Scot Rothschild**
Attorney at Law
12100 Wilshire Blvd #800
Los Angeles, CA 90025
Phone: 310-806-9245
Fax: 310-988-2723
Email: randy.rothschild@verizon.net

Defendant in this action, DELL, INC., is represented by the following counsel:

**Kristine McAlister Brown**
**Matthew D. Richardson**
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Ga 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: matt.richardson@alston.com

**Matt Frederick**
Reeves & Brightwell LLP
221 W. 6th St., Suite 1000
Austin, TX 78701
Phone: 512-334-4511
Fax: 512-334-4492
Email: mfrederick@reevesbrightwell.com

| | |
|---|---|
| 1 | **Paul Schlaud** |
| 2 | Reeves & Brightwell LLP |
| | 221 W. Sixth Street, Suite 1000 |
| 3 | Austin, TX 78701-3410 |
| | Phone: 512-334-4504 |
| 4 | Fax: 512-334-4492 |
| 5 | Email: pschlaud@reevesbrightwell.com |
| 6 | **Sean P DeBruine** |
| | Alston + Bird LLP |
| 7 | 3000 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| 8 | Phone: 650-838-2000 |
| 9 | Fax: 650-838-2001 |
| | Email: sean.debruine@alston.com |
| 10 | |
| 11 | Defendant in this action, BANCTEC, INC., is represented by the following counsel: |
| 12 | **Michael Scott Blanton** |
| | Roberts, Raspe & Blanton LLP |
| 13 | 445 S. Figueroa Street, Suite 3200 |
| 14 | Los Angeles, CA 90071 |
| | Phone: 213-430-4777 |
| 15 | Fax: 213-430-4780 |
| | Email: mblanton@rrbllp.com |
| 16 | |
| 17 | **Sean P DeBruine** (see address above) |
| 18 | Defendant in this action, DELL CATALOG SALES, L.P., is represented by the following counsel: |
| 19 | |
| 20 | **Matt Frederick** (see above address) |
| | **Paul Schlaud** (see above address) |
| 21 | **Sean P DeBruine** (see above address) |
| 22 | Defendant in this action, QUALXSERV, LLC, is represented by the following counsel: |
| 23 | |
| 24 | **Michael Scott Blanton** (see above address) |
| | **Sean P DeBruine** (see above address) |
| 25 | Defendants in this action, DELL PRODUCTS, LP, DELL MARKETING, L.P., DELL MARKETING, L.P., LLC, DELL MARKETING G.P., LLC, DELL SUA, L.P., are represented by the following counsel: |
| 26 | |
| 27 | |
| 28 | |

1 | **Matt Frederick** (see above address)
2 | **Paul Schlaud** (see above address)
  | **Sean P DeBruine** (see above address)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Fiori, et al. v. Dell, Inc., et al.**
Case No. 5:09-cv-01518-JW

**DECLARATION OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I, Maria V. Carapia, declare as follows:

I am employed with the Law Offices of Darrell Palmer whose address is 603 N. Hwy 101, Suite A, Solana Beach, California 92075. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen (18) and I am not a party to this action.

On April 25, 2011, I caused to be served the following:

**Notice of Appeal**

on the interested parties:

SEE ATTACHED SERVICE LIST

___ by placing a copy in an envelope addressed to the addressee as indicated above and personally serving on this day.

___ by sending a copy via overnight mail. Airbill No. _____.

___ by sending a true and correct copy via electronic mail transmission to the email addresses as indicated on the attached service list. My email address is maria.carapia@palmerlegalteam.com

_X_ by placing a copy in an envelope, with postage fully prepaid, for the addressees named on the attached service list for collection and mailing on the above indicated day following the ordinary business mailing practices of our offices

___ by sending a copy via facsimile transmission to the facsimile number listed for the addressees listed. The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 25, 2011, at Solana Beach, California.

_____
Maria V. Carapia

DECLARATION OF SERVICE


# SERVICE LIST

| | | |
|---|---|---|
| **Plaintiff** | represented by | **Brian Russell Strange** |
| **Vivian Fiori** | | **Gretchen Arlene Carpenter** |
| *on behalf of themselves* | | Strange & Carpenter |
| *and all other similarly* | | 12100 Wilshire Boulevard, Suite 1900 |
| *situated* | | Los Angeles, CA 90025 |
| *also known as* | | Phone: 310-207-5055 |
| **Vivian Fiori Ariza** | | Fax: 310-826-3210 |
| **Roggie Trujillo** | | Email: jhood@strangeandcarpenter.com |
| | | Email: gcarpenter@strangeandcarpenter.com |
| | | |
| | | **Randall Scot Rothschild** |
| | | Attorney at Law |
| | | 12100 Wilshire Blvd #800 |
| | | Los Angeles, CA 90025 |
| | | Phone: 310-806-9245 |
| | | Fax: 310-988-2723 |
| | | Email: randy.rothschild@verizon.net |
| **Defendant** | represented by | **Kristine McAlister Brown** |
| **Dell, Inc,** | | **Matthew D. Richardson** |
| *a corporation* | | ALSTON & BIRD LLP |
| | | 1201 West Peachtree Street |
| | | Atlanta, Ga 30309 |
| | | Phone: (404) 881-7000 |
| | | Fax: (404) 881-7777 |
| | | Email: matt.richardson@alston.com |
| | | |
| | | **Matt Frederick** |
| | | Reeves & Brightwell LLP |
| | | 221 W. 6th St., Suite 1000 |
| | | Austin, TX 78701 |
| | | Phone: 512-334-4511 |
| | | Fax: 512-334-4492 |
| | | Email: mfrederick@reevesbrightwell.com |
| | | |
| | | **Paul Schlaud** |
| | | Reeves & Brightwell LLP |
| | | 221 W. Sixth Street, Suite 1000 |
| | | Austin, TX 78701-3410 |
| | | Phone: 512-334-4504 |
| | | Fax: 512-334-4492 |
| | | Email: pschlaud@reevesbrightwell.com |

| | | |
|---|---|---|
| 1 | | Sean P DeBruine |
| 2 | | Alston + Bird LLP |
| | | 3000 El Camino Real, Suite 400 |
| 3 | | Palo Alto, CA 94306 |
| | | Phone: 650-838-2000 |
| 4 | | Fax: 650-838-2001 |
| | | Email: sean.debruine@alston.com |
| 5 | | |
| 6 | **Defendant** <br> **BancTec, Inc.** <br> *a corporation* | represented by **Michael Scott Blanton** <br> Roberts, Raspe & Blanton LLP <br> 445 S. Figueroa Street, Suite 3200 <br> Los Angeles, CA 90071 <br> Phone: 213-430-4777 <br> Fax: 213-430-4780 <br> Email: mblanton@rrbllp.com |
| 10 | | **Sean P DeBruine** |
| 11 | **Defendant** <br> **Dell Catalog Sales,** <br> **L.P.**, *an entity* | represented by **Matt Frederick** <br> **Paul Schlaud** <br> **Sean P DeBruine** |
| 13 | **Defendant** <br> **QualXServ, LLC** <br> *an entity* | represented by **Michael Scott Blanton** <br> **Sean P DeBruine** |
| 16 | **Defendant** <br> **Dell Products, LP** <br> *an entity* <br> **Dell Marketing, L.P.** <br> *an entity* <br> **Dell Marketing, L.P.,** <br> **LLC**, *an entity* <br> **Dell Marketing G.P.,** <br> **LLC**, *an entity* <br> **Dell USA, L.P.** <br> *an entity* | represented by **Matt Frederick** <br> **Paul Schlaud** <br> **Sean P DeBruine** |