**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIVIAN FIORI, AKA Vivian Fiori Ariza; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARGARET MUNOZ; et al., <br><br> Objectors - Appellants, <br><br> v. <br><br> DELL, INC., a corporation; et al., <br><br> Defendants - Appellees. | No. 11-16109 <br><br> D.C. No. 5:09-cv-01518-JW <br> Northern District of California, San Jose <br><br> ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Lisa Jaye
Circuit Mediator

LJ/Mediation_9/7/11